Russell Brown
CHAPTER 13 TRUSTEE
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
602.277.8996

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| KRISTOFFER G. PORTER, | Case No. 2-19-bk-12413-BMW |
| and | **TRUSTEE'S RECOMMENDATION** |
| PAULA M. PORTER, | **PRELIMINARY** |
| Debtors. | |

The Trustee has reviewed the Plan, Schedules, and Statement of Financials. Trustee notes that following problems which must be resolved prior to the filing of a comprehensive Recommendation:

1. The proof of claim filed by the Internal Revenue Service, #8, indicates that the Debtors have not filed federal income tax returns for 2017. The Trustee cannot complete his analysis for determine adequacy of funding until all required tax returns are filed. Debtors must immediately prepare and file the outstanding return and provide proof of filing to the Trustee not later than December 30, 2019.

2. Debtors are $900.00 in default for Plan payments, with an additional payment of $900.00 coming due December 29, 2019. A total of $1,800.00 must be received in the Trustee's office not later than December 30, 2019.

If the Debtors provide proof of filing tax returns and bring Plan payments current by December 30, 2019, the Trustee will file a comprehensive supplemental recommendation.

**SUMMARY**: Pursuant to Local Rule 2084-10(b), not later **DECEMBER 30, 2019**, Debtors are to resolve all of the above issues or the Debtors must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Russell Brown
2019.12.11 11:43:19
-07'00'

Copy mailed or emailed to::

KRISTOFFER G. PORTER
PAULA M. PORTER
5926 EAST CAMPO BELLO DRIVE
SCOTTSDALE, AZ 85254

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4602 E. THOMAS RD., SUITE S-9
PHOENIX, AZ 85028

Cheryl Turner
2019.12.12 07:21:54 -07'00'
*cturner@ch13bk.com*

- 2 -